IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 08-CR-139-C |
| | 18 U.S.C. §§ 1030(a)(2)(C) and 2 |
| STEPHAN GRZESKOWIAK, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about May 6, 2007, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHAN GRZESKOWIAK,

by means of interstate communications, intentionally and without authorization, accessed a protected computer, that is a computer used in interstate commerce and communication, and by doing so obtained information from that computer.

(In violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 2).

## COUNT 2

On or about May 19, 2007, in the Western District of Wisconsin and elsewhere, the defendant,

STEPHAN GRZESKOWIAK,

by means of interstate communications, intentionally and without authorization, accessed a protected computer, that is a computer used in interstate commerce and

communication, and by doing so obtained information from that computer.

(In violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 2).

1-25-09
Date

For ERIK C. PETERSON
United States Attorney

2