# United States District Court
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:** 08-CR-139-C-01 |
| STEPHAN GRZESKOWIAK | **Defendant's Attorney:** Tracey Wood |

The defendant, Stephan Grzeskowiak, pleaded guilty to counts 1 and 2 of the (second) information.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| U.S.C. §§ 1030(a)(2)(C) and 2 | Unauthorized Access to a Protected Computer, Class A misdemeanors | May 6, 2007 <br> May 19, 2007 | 1 <br> 2 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| **Defendant's Date of Birth:** | ▮ 1974 | April 23, 2009 |
| **Defendant's USM No.:** | 58237-083 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | ▮ <br> Williamsburg, Virginia ▮ | /s/ |
| **Defendant's Mailing Address:** | ▮ <br> Williamsburg, Virginia ▮ | Stephen L. Crocker <br> District Judge |
| | | April 24, 2009 |
| | | Date Signed: |

# PROBATION

As to counts one and two of the second information, it is adjudged that defendant is placed on unsupervised probation for terms of 360 days to run concurrently. Defendant is subject to the statutorily-mandated conditions of probation.

The instant offense is not drug related and defendant has no history of drug use. Therefore, the requirement for drug testing set forth at 18 U.S.C. § 3563(a) is waived.

While on probation, defendant shall not commit another federal, state, or local crime.

While on probation, defendant shall not illegally possess a controlled substance.

If defendant has been convicted of a felony, defendant shall not possess a firearm or destructive device while on probation.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

The probation office is directed to send U.S. Immigration and Customs Enforcement a copy of this judgment and is to provide the Court with a copy of the transmittal letter.

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $5,000.00 | $774.18 |
| 2 | $25.00 | | |
| **Total** | $50.00 | $5,000.00 | $774.18 |

It is adjudged that defendant is to pay a $25 criminal assessment penalty, per count, for a total of $50, to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

Further, defendant is ordered to pay restitution in the amount of $774.18, which is due and payable immediately following sentencing to the Clerk of Court for the Western District of Wisconsin, to be disbursed to the victim listed below.

Defendant is ordered to pay a $5,000.00 fine which is due and payable immediately following sentencing to the U.S. Clerk of Court for the Western District of Wisconsin.

# RESTITUTION

| NAME OF PAYEE | TOTAL AMOUNT OF LOSS | AMOUNT OF RESTITUTION ORDERED | PRIORITY ORDER OF PAYMENT |
|---|---|---|---|
| Kelly Koster | $ 774.18 | $ 774.18 | |
| Totals: | $ 774.18 | $ 774.18 | |

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

        (1) assessment;
        (2) restitution;
        (3) fine principal;
        (4) cost of prosecution;
        (5) interest;
        (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.